UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRISTAR INVESTORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN TOWER CORP., et al., <br><br> Defendants. | Civil Action No. 12-MC-91350-RGS <br><br> Related Action: 3:12-cv-499 (N.D. Tex) |

### **RESPONDENT, COLUMBIA CAPITAL, LLC'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rules of Civil Procedure 7.1 and Local Rule 7.3(A), respondent, Columbia Capital, LLC provides the following information:

Columbia Capital, LLC has no parent corporation, and no publicly held corporation owns more than 10% of its stock.

        COLUMBIA CAPITAL, LLC
        By its attorneys

        */s/ John Foskett* _____
        John Foskett, BBO# 175540
        Robert D. Hillman, BBO# 552637
        DEUTSCH WILLIAMS BROOKS
        DERENSIS & HOLLAND, P.C.
        One Design Center Place
        Suite 600
        Boston, MA 02210
        (617) 951-2300
        jfoskett@dwboston.com

Dated: November 29, 2012

2

**<u>CERTIFICATE OF SERVICE</u>**

      I, John Foskett, certify that I understand that counsel of record will receive electronic notice of the electronic filing of this pleading.

                                                   /s/ *John Foskett*
                                                   John Foskett

DWLIBDB\265730.19998/03